1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  JAMES E. FLYNN, State Bar No. 61139
   Supervising Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 323-1976
8   Fax: (916) 324-5205

9  Attorneys for Defendants Woodford
   and Mendoza-Powers
10 SA2005102568

11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15

16 | **MICHAEL PADDOCK,** | No. CIV F-04-5932 OWW SMS P |
   |---|---|
17 |                   Plaintiff, | **ORDER GRANTING DEFENDANT WOODFORD'S MOTION TO JOIN IN PENDING MOTION TO DISMISS** |
18 | v. | |
19 | **JEANNE WOODFORD, et al.,** | |
20 |                   Defendants. | **(Doc. 36)** |

21

22     Defendant Woodford has requested leave to join in the motion to dismiss filed June 13,

23 2005, by defendant Mendoza-Powers.  The court finds good cause for the motion and grants

24 leave for defendant Woodford to join in that motion.

25

26 IT IS SO ORDERED.

27 **Dated:    August 17, 2005**              /s/ Sandra M. Snyder
   i0d3h8                                   UNITED STATES MAGISTRATE JUDGE
28

                                    Order
                                      1