1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PADDOCK, | CASE NO. 1:04-CV-5932-OWW-SMS-P |
|        Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE REPLY IN EXCESS OF TIME |
|   v. | |
| JEANNE WOODFORD, et al., | (Doc. 34) |
|        Defendants. | |
| _____/ | |

On June 13, 2005, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, defendant Mendoza-Powers ("defendant") filed a motion to dismiss, and on July 1, 2005, plaintiff filed an opposition.[1] On July 14, 2005, defendant filed a reply in conjunction with a request for leave to file the reply in excess of time.

Good cause having been shown, defendant's request for leave to file the reply in excess of time is GRANTED.


IT IS SO ORDERED.

**Dated:   September 7, 2005**        **/s/ Sandra M. Snyder**
icido3                    UNITED STATES MAGISTRATE JUDGE

_____

[1] Defendant Woodford was granted leave to join in the motion on August 17, 2005.