UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PADDOCK, | 1:04-cv-05932-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDING AND RECOMMENDATIONS, AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| JEANNE WOODFORD, et al., | (Docs. 31 and 42) |
| Defendants. | **ORDER DIRECTING DEFENDANTS TO RESPOND TO COMPLAINT WITHIN THIRTY DAYS** |

Plaintiff Michael Paddock ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 8, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On October 11, 2005, plaintiff filed objections to the

1

Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed September 8, 2005, is ADOPTED IN FULL;

2.   Defendants' motion to dismiss this action based on plaintiff's failure to exhaust is DENIED on the ground that plaintiff's RLUIPA claim is exhausted;

3.   Defendants' motion to dismiss plaintiff's damages claims against them in their official capacities on Eleventh Amendment immunity grounds is GRANTED;

4.   Defendants' motion to dismiss this action based on plaintiff's failure to state a claim upon which relief may be granted under RLUIPA is DENIED;

5.   Defendants' motion to dismiss plaintiff's damages claims against them on qualified immunity grounds is GRANTED; and

6.   Defendants shall file a response to plaintiff's complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   November 1, 2005**           /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE