# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PADDOCK,<br><br>  Plaintiff,<br><br>   v.<br><br>JEANNE WOODFORD, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:04-CV-5932-OWW-SMS-P<br><br>ORDER DIRECTING PLAINTIFF TO EITHER WITHDRAW HIS MOTION AS MOOT OR NOTIFY COURT WHY MOTION HAS NOT BEEN RENDERED MOOT BY MODIFICATION TO GROOMING REGULATIONS<br><br>(Doc. 50) |

Plaintiff Michael Paddock ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 2000cc-1 (Religious Land Use and Institutionalized Persons Act of 2000). On December 19, 2005, Plaintiff filed a motion seeking a preliminary injunction prohibiting Defendants Mendoza-Powers and Woodford from enforcing the grooming regulations against him.

Plaintiff contends that he is a Navajo Native American and holds a "sincere religious belief that he may cut his hair only upon the death of a loved one." (Motion, p.2.) Plaintiff seeks an order prohibiting enforcement of the grooming regulation requiring male inmates' hair to be no longer than three inches against him. The grooming regulation at issue has recently been modified to permit inmates to wear their hair any length as long as it does "not extend over the eyebrows, cover the inmate's face or pose a health or safety risk." Cal. Code Regs., tit. 15 § 3062(e) (2006). It appears that this modification has rendered Plaintiff's pending motion moot.

1    In light of the recent modification to the grooming regulations, it is HEREBY ORDERED
2 that within **thirty (30) days** from the date of service of this order, Plaintiff shall either (1) notify the
3 Court that his pending motion is moot, or (2) file a supplement to his motion setting forth the reason
4 for his belief that his motion is not moot.

IT IS SO ORDERED.

**Dated:   February 15, 2006**              /s/ Sandra M. Snyder
icido3                       UNITED STATES MAGISTRATE JUDGE