# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PADDOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-CV-5932-OWW-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAWN HIS MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, AND DEEMING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF WITHDRAWN<br><br>(Docs. 50 and 52) |

  Plaintiff Michael Paddock ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 2000cc-1 (Religious Land Use and Institutionalized Persons Act of 2000). On December 19, 2005, Plaintiff filed a motion seeking a preliminary injunction prohibiting Defendants Mendoza-Powers and Woodford from enforcing the grooming regulations against him. On February 17, 2006, the Court issued an order requiring Plaintiff either notify the Court that his pending motion is moot, or file a supplement to his motion setting forth the reason for his belief that his motion is not moot. On March 20, 2006, Plaintiff filed a motion seeking to withdraw his motion for preliminary injunctive relief on the ground that it is moot in light of the recent modification to the grooming regulations.

///
///
///
///

1

1  Accordingly, Plaintiff's motion to withdraw his motion for preliminary injunctive relief is
2  GRANTED, and the motion for preliminary injunctive relief filed on December 19, 2005, is deemed
3  WITHDRAWN.

IT IS SO ORDERED.

**Dated:  March 22, 2006**          /s/ Sandra M. Snyder
icido3                    UNITED STATES MAGISTRATE JUDGE