# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PADDOCK, | CASE NO. 1:04-CV-05932-OWW-SMS-P |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR MODIFICATION OF THE SCHEDULING ORDER, AND EXTENDING PRETRIAL DISPOSITIVE MOTION DEADLINE TO JANUARY 26, 2007 |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | (Doc. 54) |

Plaintiff Michael Paddock ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 2000cc-1 (Religious Land Use and Institutionalized Persons Act of 2000). This action is proceeding against defendants Woodford and Mendoza-Powers ("defendants") on plaintiff's RLUIPA claim for injunctive relief.

On December 15, 2005, plaintiff filed a motion seeking a preliminary injunction prohibiting enforcement of the grooming regulations against him. The regulation at issue in this action and in plaintiff's motion prohibited male inmates from keeping their hair any longer than three inches. However, the regulation was modified in early 2006 to permit inmates to wear their hair any length as long as it does "not extend over the eyebrows, cover the inmate's face or pose a health or safety risk." Cal. Code Regs., tit. 15 § 3062(e) (2006). Due to the modification, on February 17, 2006, the Court ordered plaintiff to either notify the Court that his pending motion was moot, or file a supplement to his motion setting forth the reason for his belief that his motion was not moot.

///

1  Plaintiff notified the Court that his motion was moot and the motion was deemed withdrawn on
2  March 22, 2006.
3       On August 25, 2006, defendants filed a motion seeking to vacate the scheduling order, on
4  the ground that it appeared this action had come to a close.  Defendants seek an order dismissing this
5  action, or clarification and leave to file a motion for summary judgment.  Plaintiff did not file a
6  response.
7       In his complaint, plaintiff seeks an order prohibiting coercive enforcement of the grooming
8  regulation against him, and the removal of any disciplinary reports in his central file stemming from
9  non-compliance with the grooming regulation.  Plaintiff's request for an injunction prohibiting
10 enforcement of the grooming regulation has been rendered moot by the modification of the
11 regulation, but plaintiff's request for removal of the disciplinary reports from his central file has not.
12 Unlike in case number 1:03-CV-06258-AWI-SMS-P Collins v. Alameida, counsel has submitted no
13 evidence that the disciplinary reports have been expunged from plaintiff's central file.  Therefore,
14 this action is not moot.  If the disciplinary reports have been expunged and counsel wishes to submit
15 evidence of that, he may do so.
16     Pursuant to the Court's discovery and scheduling order, the deadline for filing pretrial
17 dispositive motions was September 28, 2006.  In light of this order, the scheduling order shall be
18 modified and the deadline shall be extended to January 26, 2007.
19     Accordingly, it is HEREBY ORDERED that:
20 1.    Defendants' motion to modify the scheduling order is GRANTED; and
21 2.    The pretrial dispositive motion deadline is extended to January 26, 2007.
22
23 IT IS SO ORDERED.
24 **Dated:    October 25, 2006**              **/s/ Sandra M. Snyder**
   icido3                                     UNITED STATES MAGISTRATE JUDGE

2