# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PADDOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants. | CASE NO. 1:04-cv-05932-OWW-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(Doc. 56) |

Plaintiff Michael Paddock ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 2000cc-1 (Religious Land Use and Institutionalized Persons Act of 2000). On November 6, 2006, defendants Woodford and Mendoza-Powers ("defendants") filed a motion for summary judgment. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m).

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to defendants' motion for summary judgment; and

///
///
///
///

1

2.  If plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:** **January 23, 2007**            /s/ Sandra M. Snyder
i0d3h8                                     UNITED STATES MAGISTRATE JUDGE